*JEDUTHAN G. ROSS agt. HIRAM S. BEECHER *et al.* [*157]

An affidavit, for the purpose of a motion to *refer* a cause, should be made by the *party*, or some excuse given why it is not. An affidavit made by the *attorney* of the party moving, and no excuse given why it was not made by the party; held, bad. (2 *Howard*, 7.)

*June Term,* 1846.

MOTION by plaintiff for reference.

The affidavit upon which this motion was founded was made by the plaintiff's attorney, and no excuse mentioned in it why it was not made by the plaintiff himself.

> E. J. SHERMAN, *plaintiff's counsel and attorney.*
> JAS. FORSYTH, *defendants' counsel.*
> HUNT & FORSYTH, *defendants' attorneys.*

JEWETT, Justice. Denied the motion with costs, on the ground that the affidavit should have been made by the plaintiff, or some excuse given why it was not.